# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CASE NUMBER:07-20007-04-JWL |
| LATRISHA PORTER, ) | |
| Defendant. ) | |

## ORDER

Now on this 1st day of August, 2007, this cause comes on to be heard upon the motion of the United States, to dismiss the above-captioned case, and the Court being fully advised in the premises, finds that said motion should be sustained.

IT IS, THEREFORE, BY THE COURT DULY CONSIDERED AND ORDERED that the above-captioned case be, and the same hereby is, dismissed as to the above named defendant, without prejudice.

/s/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge